**Denied; Opinion Filed August 12, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00916-CV

### IN RE STEVEN GARCIA

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02004-2019**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Myers

Before the Court are relator's petition for writ of mandamus and request for emergency relief, respondent's response, and relator's reply. By his petition, relator seeks relief from the trial court's order denying his petition for an occupational license based on a lack of "essential need." *See* TEX. TRANSP. CODE ANN. §§ 521.242, 521.244. Relator asserts the trial court's finding that no essential need exists for him to operate a motor vehicle was a clear abuse of discretion because he submitted all the required documentation and evidence in an ex parte hearing with no controverting evidence. He further asserts he has no adequate remedy on appeal because of the length of time a regular appeal takes.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we

conclude relator has not established his right to mandamus relief. We, therefore, deny relator's petition for writ of mandamus and request for emergency relief.

/Lana Myers/
LANA MYERS
JUSTICE

190916F.P05